# In the United States Court of Federal Claims

No. 12-357L
(E-Filed: March 9, 2017)

| | ) |
|---|---|
| CHEYENNE AND ARAPAHO TRIBES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Before the court is the parties' stipulation of dismissal, ECF No. 48. The parties stipulate to the dismissal of this action with prejudice. The parties' stipulation is proper. The Clerk of Court is hereby directed to **DISMISS** this action with prejudice.

IT IS SO ORDERED.

 s/ Patricia Campbell-Smith
PATRICIA CAMPBELL-SMITH
Chief Judge